AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CHINYERE G. EMEKAUWA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| NEBRASKA BOOK COMPANY, INC. ) | **CASE NO. 5:12-CV-602-D** |
| and COLLEGE BOOKSTORES OF ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against the Defendants in the amount of $27,208.00, including all of Plaintiff's claims for relief. This shall be the total amount to be paid by Defendants on account of any liability claimed in this action, including all damages, expenses, interest, and attorney's fees otherwise recoverable in this action by Plaintiff.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **FEBRUARY 13, 2013** WITH A COPY TO:

Justin R. Apple (via CM/ECF Electronic Notification)
Patricia L. Holland (via CM/ECF Electronic Notification)


| | |
|---|---|
| February 13, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |